UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE A. SILVA AND EVELYN J. SILVA, individually and as marital community,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACTORY MUTUAL INSURANCE COMPANY, (dba FM GLOBAL) a foreign company, XYZ CORPORATION, CHRIS PARMAN and JANE DOE PARMAN, individually and as a marital community, and JOHN DOE AND JANE DOE EMPLOYEES 1-10,<br><br>    Defendants. | NO. 1:14-cv-03016-SAB<br><br>**ORDER GRANTING STIPULATED DISMISSAL AND CLOSING CASE** |

On February 3, 2016, the parties entered a Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 30. The parties jointly state that they have settled the case with prejudice. The Court accepts the stipulation, vacates all future hearings and trial dates, and closes the file.

//

//

**ORDER GRANTING STIPULATED DISMISSAL . . . ^ 1**

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ECF No. 30, is **GRANTED**.

2. The above-captioned case is **dismissed with prejudice** and without costs and attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 13th day of April, 2016.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED DISMISSAL . . . ^ 2**